UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO SOTO-MORENO,<br><br>Defendant. | NO: 2:20-CR-0133-TOR<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

BEFORE THE COURT is the government's Motion to Dismiss Indictment Without Prejudice (ECF No. 9). The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a).

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's Motion to Dismiss Indictment Without Prejudice (ECF No. 9) is **GRANTED**.

2. The Arrest Warrant is also hereby **QUASHED**.

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

1  The District Court Executive is hereby directed to enter this Order and
2  provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's
3  Service.

**DATED** September 21, 2023.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 2